# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Outside Magazine Mailing List |
| Exhibit B | *Privacy: Sales, Rentals of Videos, etc.*, House Legislative Analysis Section, H.B. No. 5331, Jan. 20, 1989 |
| Exhibit C | The Information Marketplace: Merging and Exchanging Consumer Data (Mar. 13, 2001) |
| Exhibit D | Web's Hot New Commodity: Privacy, WSJ.com (Feb. 28, 2011) |
| Exhibit E | Statement of FTC Commissioner Pamela Jones Harbour (Dec. 7, 2009) |
| Exhibit F | Martha C. White, *Big Data Knows What You're Doing Right Now*, TIME.com (July 31, 2012) |
| Exhibit G | Natasha Singer, *You for Sale: Mapping, and Sharing, the Consumer Genome*, N.Y. Times (June 16, 2012) |
| Exhibit H | Letter from Senator John D. Rockefeller IV, Chairman, Senate Committee on Commerce, Science, and Transportation, to Scott E. Howe, Chief Executive Officer, Acxiom (Oct. 9, 2012) |
| Exhibit I | *Bipartisan Group of Lawmakers Query Data Brokers About Practices Involving Consumers' Personal Information*, Website of Senator Ed Markey (July 24, 2012) |
| Exhibit J | *Prize Scams*, Federal Trade Commission |
| Exhibit K | Charles Duhigg, *Bilking the Elderly, With a Corporate Assist*, N.Y. Times, May 20, 2007 |
| Exhibit L | *Fraud Against Seniors: Hearing before the Senate Special Committee on Aging* (August 10, 2000) |
| Exhibit M | *2014 TRUSTe US Consumer Confidence Privacy Report*, TRUSTe |
| Exhibit N | Joshua Brustein, *Start-Ups Seek to Help Users Put a Price on Their Personal Data*, N.Y. Times (Feb. 12, 2012) |
| Exhibit O | Tsai, Cranor, Acquisti, and Egelman, *The Effect of Online Privacy Information on Purchasing Behavior*, 22(2) Information Systems Research 254, 254 (2011) |
| Exhibit P | Hann, *et al.*, *The Value of Online Information Privacy: An Empirical Investigation* (Oct. 2003) |
| Exhibit Q | *California's Reader Privacy Act Signed into Law*, Electronic Frontier Foundation (Oct. 3, 2011) |