# Exhibit A

# Outside Magazine Mailing List

Outside Magazine is dedicated to covering the people, sports and activities that represent an active and healthy lifestyle.

Get Count    Get Pricing    Get More Information

| SEGMENTS | | COUNTS THROUGH 12/31/2020 |
|---|---|---|
| 524,985 | TOTAL UNIVERSE / BASE RATE | $105.00/M |
| 524,985 | ACTIVE SUBSCRIBERS (24 MO) | $110.00/M |
| 232,575 | 12 MONTH SUBSCRIBERS | + $6.00/M |
| 102,872 | 6 MONTH SUBSCRIBERS | + $11.00/M |
| 53,624 | 3 MONTH SUBSCRIBERS | + $16.00/M |
| 20,485 | 30 DAY SUBSCRIBERS | + $21.00/M |
| 21,947 | ACTIVE SUBSCRIBERS AT BUSINESS ADDRESS | + $16.00/M |
| 173,368 | 12 MONTH FORMER SUBSCRIBERS | $70.00/M |
| | CATALOG RATE | $85.00/M |
| | FUNDRAISING RATE | $75.00/M |
| | COMPETITIVE SURCHARGE | + $25.00/M |

| | |
|---|---|
| POPULARITY: | ====== 100 |
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA CANADA |
| GENDER: | 30% FEMALE 70% MALE |
| SPENDING: | $24.00 AVERAGE ORDER |

### SELECTS

| | |
|---|---|
| 1 MONTH HOTLINE | $21.00/M |
| 12 MONTH SUBSCRIBERS | $6.00/M |
| 3 MONTH SUBSCRIBERS | $16.00/M |
| 6 MONTH SUBSCRIBERS | $11.00/M |
| CANADIAN | $15.00/M |
| CHANGE OF ADDRESS | $15.00/M |
| GENDER/SEX | $8.00/M |
| PAID | $11.00/M |
| SCF/STATE/ZIP | $8.00/M |
| SOURCE | $11.00/M |

### ADDRESSING

| | |
|---|---|
| KEY CODING | $3.00/M |
| EMAIL | $59.00/F |
| FTP | $59.00/F |

### DESCRIPTION



Outside Magazine is the world's leading publication dedicated to covering the people, sports and activities that represent an active and healthy lifestyle. Outside Magazine readers are adventurous and love everything outdoors! The magazine continues to introduce the active lifestyle to a wider audience by inspiring people to try new sports, get more fit, eat better, explore new places, live bravely and have more fun. Published 11x/year, each issue brings to focus topics relating to the outdoors as well as articles on health, fitness, gear, travel, tech, culture, best places to live, family, careers and special-interest topics.

With new enhancements now available on Outside Magazine, mailers can target prospective buyers, donors and subscribers with a wide variety of lifestyle and interest categories, age, income, ethnicity, political affiliation, presence of children, and more.

### RELATED LISTS

- SIERRA CLUB MEMBERS & ENHANCED
- NATIONAL PARKS CONSERVATION ASSOCIATION
- ENVIRONMENTAL DEFENSE FUND
- ROAD RUNNER SPORTS
- NOZA ENVIRONMENTAL DONORS
- RUNNER'S WORLD MASTERFILE
- NATURAL RESOURCES DEFENSE COUNCIL (NRDC)
- MOUNTAIN GEAR
- EATING WELL
- NATURE CONSERVANCY