UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN LOFTUS,

      Plaintiff,                        Case No. 21-11809

vs.                                        HON. MARK A. GOLDSMITH

OUTSIDE INTEGRATED MEDIA, LLC,

      Defendant.
_____/

**ORDER REGARDING CERTIFICATION REQUIREMENTS**

      The Court has detailed certification requirements that counsel must follow. For motions, moving counsel must certify that the concurrence requirement set forth in Local Rule 7.1(a) has been met. The necessary certification language can be found in Judge Goldsmith's practice guidelines, which are available on the Eastern District of Michigan website.

      For any motions, responses, replies, supplemental briefs, or other documents filed on the docket, the Court requires filing counsel to include the following certification language:

      "LOCAL RULE CERTIFICATION:  I, [counsel's name], certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).  I also certify that it is the appropriate length.  Local Rule 7.1(d)(3)."

      Failure to include the necessary certification(s) will result in the filed document being stricken.

      SO ORDERED.

Dated:  August 20, 2021                    s/Mark A. Goldsmith
Detroit, Michigan                       MARK A. GOLDSMITH
                                            United States District Judge