| Attorney or Party without Attorney:<br>Philip L. Fraietta<br>BURSOR & FISHER, P.A.<br>888 Seventh Ave<br>New York, NY 10019<br>  Telephone No:  646.837.7150<br><br>  Attorney For:  Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>John Loftus v Outside | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN | | |
| Plaintiff:  John Loftus<br>Defendant:  Outside Integrated Media, LLC | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:21-cv-11809-MAG-DRG |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; First Amended Class Action Complaint; Index of Exhibits; Exhibits A-Q; Class Action Complaint; Index of Exhibits; Exhibits A-Q

3.   *a.  Party served:*    Outside Integrated Media, LLC
    *b.  Person served:*    Cherrie Jorgensen, Capitol Document Services, Registered Agent ,Served under F.R.C.P. Rule 4.

4. *Address where the party was served:*    55 Old Santa Fe Trl 2nd Floor, Santa Fe, NM 87501

5. *I served the party:*
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 07 2021 (2) at: 09:10 AM

6.    *Person Who Served Papers:*
   a. Rafael Rodriguez
   **b. FIRST LEGAL**
     3600 Lime Street, Suite 626
     RIVERSIDE, CA 92501
   c. (888) 599-5039

7.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____10·13·21_____              _____
      *(Date)*                           *(Signature)*



PROOF OF
SERVICE

6197624
(346440)