UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Loftus,

                Plaintiff(s),

v.                                      Case No. 2:21−cv−11809−MAG−DRG
                                              Hon. Mark A. Goldsmith

Outside Integrated Media, LLC,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  November 3, 2021 at 04:30 PM

The conference shall be initiated by counsel using the provided dial−in information.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   The parties shall call into (877) 336−1274 and use access code: 9602327.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K Sandusky
                                                        Case Manager

Dated:   October 29, 2021