# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHN LOFTUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTSIDE INTEGRATED MEDIA, LLC,<br><br>Defendant. | Case No. 21-cv-11809-MAG-DRG |

## STIPULATED ORDER EXTENDING TIME FOR RESPONSE TO COMPLAINT

Plaintiff John Loftus and Defendant Outside Integrated Media, LLC ("OIM") have agreed that the deadline for OIM to respond to Plaintiff's First Amended Class Action Complaint shall be extended 60 days, from October 28, 2021 to and including December 27, 2021.

IT IS ORDERED that the deadline for OIM to respond to Plaintiff's First Amended Class Action Complaint is extended to and including December 27, 2021.

SO ORDERED.

Dated:  November 5, 2021           s/Mark A. Goldsmith
       Detroit, Michigan              MARK A. GOLDSMITH
                                            United States District Judge

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ Philip L. Fraietta* | */s/ Kristen C. Rodriguez* |
| BURSOR & FISHER, P.A. | DENTONS US LLP |
| Philip L. Fraietta | Natalie J. Spears (IL Bar #6230320) |
| 888 Seventh Avenue | Kristen C. Rodriguez (IL Bar #6300697) |
| New York, New York 10019 | 233 S. Wacker Drive, Suite 5900 |
| Tel: 646-837-7150 | Chicago, IL  60606 |
| pfraietta@bursor.com | (312) 876-8000 |
| | natalie.spears@dentons.com |
| Attorneys for Plaintiff | kristen.rodriguez@dentons.com |

CLARK HILL PLC
Carol G. Schley (P51301)
Peter B. Kupelian (P31812)
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI  48009
(248) 642-9692
cschley@clarkhill.com
pkupelian@clarkhill.com

Attorneys for Defendant

Dated: November 4, 2021